# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEFFREY FEGERT,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., *et al.*,

    Defendants.

Case No. 2:12-CV-00967-KJD-VCF

**ORDER**

    Before the Court is Stipulation re #34 Emergency Motion for Protective Order (#40). Insofar as the motion seeks to vacate the hearing, the motion is moot as per #41. However, the parties having so stipulated, the Court **HEREBY ORDERS** all of Plaintiff's claims against Defendants be dismissed with prejudice, each of the parties bearing their own costs and attorneys' fees.

    DATED this 18th day of October 2013.

_____
Kent J. Dawson
United States District Judge